**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6267**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

YUESEYUAN CRUEL,

        Defendant - Appellant.

---

**No. 24-6268**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

YUESEYUAN CRUEL,

        Defendant - Appellant.

---

**No. 24-6269**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

YUESEYUAN CRUEL,

                Defendant - Appellant.

_____

Appeals from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:99-cr-00625-HMH-3; 6:02-cr-00858-HMH-1; 6:08-cr-00797-JMC-1)

_____

Submitted:  May 21, 2024                              Decided:  May 24, 2024

_____

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Yueseyuan Cruel, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Yueseyuan Cruel appeals the district court's text orders denying his motions for destruction of records and a writ of coram nobis. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*